443 A.2d 374

Commonwealth v. Robinson, Appellant.

Argued February 19, 1981. John Rogers Carroll, for appellant; Nancy D. Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Appeal quashed.

443 A.2d 374

Commonwealth v. Ryan, Appellant.

Argued December 15, 1981. Paul M. Yatron, for appellant; George Yatron, District Attorney, did not file a brief on behalf of Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.